C. A. HAYNES & Co. ET AL. *v.* UNITED STATES

**No. 6603.**—Invoices dated London, England, November 1943, etc.
Entered at New York, N. Y., December 15, 1943, etc.
Entry No. 717841, etc.

(Decided December 11, 1946)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

JUNG FORWARDING Co. ET AL. *v.* UNITED STATES

**No. 6604.**—Invoices dated London, England, January 17, 1946, etc.
Certified January 23, 1946, etc.
Entered at New York, N. Y., February 20, 1946, etc.
Entry No. 739555, etc.

(Decided December 11, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.